# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 785 |
| | : | |
| REAPPOINTMENTS TO | : | SUPREME COURT RULES DOCKET |
| CONTINUING JUDICIAL | : | |
| EDUCATION BOARD OF | : | |
| JUDGES | : | |
| | : | |

## ORDER

**PER CURIAM:**

    **AND NOW,** this 27th day of December, 2018, the following members are hereby reappointed to the Continuing Judicial Education Board of Judges for a term of three years, commencing January 1, 2019:

The Honorable Renée Cohn Jubelirer

The Honorable Richard A. Lewis

The Honorable Stephen P.B. Minor

The Honorable Victor P. Stabile